440 A.2d 1253

Commonwealth v. Lester, Appellant.

Petition for Allowance of Appeal Denied March 18, 1982.

 Argued May 4, 1981. Abraham J. Golden, for appellant; Dennis Cohen, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and SPAETH and CAVANAUGH, JJ.

The judgment of sentence of the lower court is affirmed.